**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA BURNETT,<br><br>        Plaintiff,<br><br>  v.<br><br>SECURITY INVESTMENT GROUP LLC, etc., et al.,<br><br>        Defendants. | Case No. EDCV 12-01884 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to its prosecution in the state court. The Court orders that such judgment be entered.

Dated: <u>November 20, 2012</u>                 /s/ Virginia A. Phillips
                                                 VIRGINIA A. PHILLIPS
                                          United States District Judge